BLANCA SOLTERO, Appellant-Respondent, v CITY OF NEW YORK, Respondent-Appellant.

Submitted August 24, 2015; decided November 18, 2015

Motions for leave to appeal dismissed upon the ground that the Appellate Division order from which both parties seek leave

to appeal has been vacated and superceded by a subsequent order of that Court.